867 A.2d 1265

**Milos JIRICKO, Appellant**

**v.**

**BENNETT, BRICKLIN & SALTZBURG, LLP., Swartz, Campbell, LLC, Howard Ford, Paul Allison and James Haggerty, Appellees.**

Supreme Court of Pennsylvania.

Jan. 25, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of January, 2005, the Motion for Supreme Court Jurisdictional Review, Violation of Due Pro-

cess—Motion for Sanctions, treated as an Application for Reconsideration, and Motion to Strike are denied.